HENRY SHERMAN, Respondent, *v.* EZRA WORMUTH, Appellant.

(Argued January 22, 1891; decided February 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 12, 1889, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*John C. Hunt* for appellant.

*James R. Shea* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.